SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Elsa Marina Torres, et al,<br><br>    Defendants | Case No. **2:12-cv-00437-MCE-KJN**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME** |

**Pursuant to the parties' Stipulation,** Defendants, Pete O. Paulsen and Patricia L. Paulsen, shall have until May 1, 2012 to respond to Plaintiff's complaint.

IT IS SO ORDERED.

DATE:  April 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE